**HALLETT&PERRIN**

**LELAND C. DE LA GARZA**
Board Certified – Civil Trial Law
Texas Board of Legal Specialization
D 214.922.4164  F 214.922.4142
ldelagarza@hallettperrin.com

March 20, 2018

<u>**VIA ECF**</u>

Honorable Judge L. Amos Mazzant, III
U.S. District Court
101 East Pecan Street
Sherman, Texas  75090

      Re:    *W.G.M., v. Sahar Sarid, et. al.*
             Civil Action No. 4:17-cv-00807
             U.S. District Court, Eastern District of Texas, Sherman Division

Dear Judge Mazzant:

      We represent Plaintiff W.G.M. ("Plaintiff") in the above-referenced matter.  We write to advise the Court that Plaintiff and Defendants Sahar Sarid, Hammermill &Masterson LLC, a Wyoming Limited Liability Company, and Thomas Keesee (the "Removing Defendants") have agreed to settle this lawsuit and have executed a Rule 11 agreement.  Part of the settlement will be withdrawing Plaintiff's request for attorney's fees from this federal court [Docs. # 5, 8].  We anticipate finalizing our settlement documents within the next two weeks and intend to file a more formal request to withdraw Plaintiff's request for attorney's fees once a more formal settlement agreement is signed.  However, in order for the Court to not spend further time on considering and ruling on Plaintiff's request for attorney's fees, we are advising the Court of this settlement.  We will follow up with a formal notice of withdrawal after this letter.

      Please do not hesitate to contact me with any questions or concerns.

                            Respectfully submitted,

                            */s/ Leland de la Garza*

                            Leland de la Garza

cc:    Counsel of Record (Via ECF)