IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| W.G.M., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17cv807 |
| | § | |
| SAHAR SARID, JULKISUUDESSA LLC, | § | |
| MUGSHOTS.COM, LLC, UNPUBLISH, | § | |
| LLC (FLORIDA), UNPUBLISH, LLC | § | |
| (WYOMING), MARC GARY EPSTEIN, | § | |
| HAMMERMILL & MASTERSON, LLC | § | |
| (WYOMING), HAMMERMILL & | § | |
| MASTERSON, LLC (FLORIDA), | § | |
| THOMAS KEESEE, AND | § | |
| UNPUBLISHING SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**NOTICE REGARDING PLAINTIFF'S PREVIOUS
REQUEST FOR ATTORNEY'S FEES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff W.G.M. ("Plaintiff") files this Notice Regarding his Previous Request for Attorney's Fees and, in support thereof, would respectfully show as follows:

Plaintiff and Defendants Sahar Sarid, Hammermill & Masteron, LLC, a Wyoming Limited Liability Company, and Thomas Keesee (collectively, the "Parties") have agreed to settle this lawsuit and have executed a Rule 11 agreement. Part of the settlement will be withdrawing Plaintiff's request for attorney's fees from this federal court [Docs. #5, 8]. The Parties anticipate finalizing their settlement documents within the next two weeks and intend to file a more formal request to withdraw Plaintiff's request for attorney's fees once a more formal settlement agreement is signed. However, in order for the Court to not spend further time on considering and ruling on Plaintiff's request for attorney's fees, Plaintiff respectfully advises the

Court of this settlement. Plaintiff will follow up with a formal notice of withdrawal once the settlement is finalized.

        Respectfully submitted,

        */s/ Leland C. de la Garza*
        Leland C. de la Garza
        State Bar No. 05646600
        ldelagarza@hallettperrin.com
        Hallett & Perrin, P.C.
        1445 Ross Ave., Suite 2400
        Dallas, Texas 75202
        Direct Phone: 214.922.4164
        Fax: 214.922.4142

**ATTORNEY FOR PLAINTIFF W.G.M.**

**CERTIFICATE OF SERVICE**

On March 21, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Leland C. de la Garza*
        Leland C. de la Garza